Anthony V. DELISLE, Sr., Appellant,

v.

Roberta MYERS; Myers Properties,
Appellees.

No. 04–1740.

United States Court of Appeals,
Eighth Circuit.

Submitted July 19, 2004.

Decided July 28, 2004.

Anthony V. DeLisle, Sr., Des Moines,
IA, pro se.

Before MELLOY, LAY, and
COLLOTON, Circuit Judges.

PER CURIAM.

Anthony DeLisle appeals the district
court's [1] dismissal for lack of subject mat-
ter jurisdiction of his civil claim against his
landlord. Upon de novo review, we affirm
for the reasons stated by the district court.
See 8th Cir. R. 47B.

---

1. The Honorable Ronald E. Longstaff, Chief
   Judge, United States District Court for the
   Southern District of Iowa.